IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HAL HORTON,<br><br>        Plaintiff/<br>        CounterDefendant,<br><br>vs.<br><br>JENNIFER TIPTON; SLEEKEZ, LLC,<br>a Wyoming limited liability company,<br><br>        Defendants/<br>        Counterclaimants. | CV 17-114-BLG-SPW-TJC<br><br>**ORDER** |

      Defendants move for the admission of Eric D. Hone to practice before this Court in this case with Shalise C. Zobell to act as local counsel. Mr. Hone's application appears to be in order.

      Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit Eric D. Hone pro hac vice is GRANTED on the condition that Mr. Hone shall do his own work. This means that Mr. Hone must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Hone may move for the admission pro hac vice of

one (1) associate of his firm.  Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Hone.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Hone, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 16th day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge