IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HAL HORTON,<br><br>　　　　　　Plaintiff/<br>Counterdefendant,<br><br>vs.<br><br>JENNIFER TIPTON and SLEEKEZ,<br>LLC, a Wyoming limited liability<br>company,<br><br>　　　　　　Defendant/<br>Counterclaimants. | CV 17-114-BLG-SPW<br><br><br>ORDER |

The parties, pursuant to Rule 41(a)(1)(A)(ii), F.R.Civ.P., stipulated to the dismissal of the above-captioned cause pursuant to the terms of the confidential Mutual Release and Settlement Agreement previously signed by the parties (Doc. 21). Accordingly,

IT IS HEREBY ORDERED that the above-captioned cause is **DISMISSED WITH PREJUDICE** pursuant to the terms of the confidential Mutual Release and Settlement Agreement signed by the parties. Each party shall bear their own costs and attorneys' fees.

DATED this _14th_ day of August, 2018.

SUSAN P. WATTERS
United States District Judge